UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALFREDO CERVANTES-SILVA,<br><br>  Defendant. | CASE NO. 11CR3331-GT<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above entitled case be continued from November 14, 2011 at 9:30 a.m. to November 18, 2011, at 9:30 a.m.

Date: Oct. 21, 2011

HONORABLE GORDON THOMPSON
United States District Court Judge